UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL ACTION NO. 12-20-DLB-EBA**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**vs.**           <u>**ORDER ADOPTING REPORT & RECOMMENDATION**</u>

**ELLIS PITTMAN**                                                              **DEFENDANT**

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the Magistrate Judge's recommended disposition (Doc. # 66) of Defendant's *pro se* motions to be transported back into federal custody and to shorten time. (Docs. # 63, 64). For reasons set forth in the Report and Recommendation, the Magistrate Judge recommends that both motions be denied. (*See* Doc. # 66). Defendant has not objected to this recommendation, and the time to do so has now expired, making the Report and Recommendation ripe for review.

There being no objections to the Report and Recommendation, and the Court concluding that it is sound in all respects, including the recommended disposition and reasoning for that disposition,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation on Defendant's motions to be transported back into federal custody and to shorten time is hereby **ADOPTED** as the Court's conclusions of law;

1

(2) Defendant's motions for transport back into federal custody and to shorten time (Docs. # 63, 64) are hereby **DENIED**.

This 29th day of May, 2014.



G:\DATA\ORDERS\Ashland Criminal\2012\12-20 Order adopting R&R.wpd